JS-6    O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 08-645 AHM<br>BK Case No.: RS 07-12883 PC<br>BAP Case No.: CC-08-1077 | Date | March 3, 2009 |
|---|---|---|---|
| Title | MOUNT ZION MISSION BAPTIST CHURCH OF SAN BERNARDINO, et al. v. UNITED STATES TRUSTEE | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:         Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

   On February 18, 2009, this Court ordered Appellant Mount Zion Baptist Church of San Bernardino to show cause, in writing, by not later than March 2, 2009, why this case should not be dismissed for lack of prosecution for failure to: file the statement of issues; file the designation of record; file a transcript order notice; file the transcript(s); complete the record.  To date, Appellant has not complied with this Order.

   Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court.  The Clerk of the Court is directed to close the file.

                              :
                    Initials of Preparer    se